UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:09-cr-510-PMP-RJJ |
| vs. | |
| ALLA LAOUGINE, VENIAMIN LAOUGINE and YASSER ESKANDER, | O R D E R |
| Defendant, | |

This matter is before the Court on the Stipulation (#69) to continue the evidentiary hearing scheduled for September 27, 2010, on Defendant Veniamin Laougine's Motion to Suppress Statement (#36).

The Court having reviewed the Stipulation (#69) finds that a negotiated resolution has been reached as to all defendants. Good cause appearing therefore,

IT IS HEREBY ORDERED that Stipulation (#69) to continue the evidentiary hearing scheduled for September 27, 2010, is **GRANTED IN PART AND DENIED IN PART**.

IT IS FURTHER ORDERED that the Stipulation (#69) is **GRANTED in that the evidentiary hearing scheduled for September 27, 2010, is VACATED.**

IT IS FURTHER ORDERED that  Defendant Veniamin Laougine's **Motion to Suppress Statement (#36) is DENIED AS MOOT** based on counsel's representation that a negotiated resolution has been reached as to all defendants. Consequently there is no need to reschedule the evidentiary hearing.

IT IS FURTHER ORDERED that the Stipulation (#69) to continue the evidentiary

1  hearing scheduled for September 27, 2010, on Defendant Veniamin Laougine's Motion to
2  Suppress Statement (#36) is **DENIED AS TO ALL OTHER REQUESTS**.
3       DATED this _22d_ day of September, 2010.

                                                   ROBERT J. JOHNSTON
                                                   United States Magistrate Judge